## SAYLES FINISHING PLANTS, INC., *v.* TOOMEY, TAX ASSESSOR.

No. 188. Decided October 14, 1963.

*Frederick Bernays Wiener* and *Gerald W. Harrington* for appellant.

*Charles S. Rhyne* and *Alfred J. Tighe, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BREWER ET AL. *v.* NORTH CAROLINA.

No. 291. Decided October 14, 1963.

*Malcolm B. Seawell* and *William T. Hatch* for appellants.

*Thomas Wade Bruton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.